**ORIGINAL**

# In the United States Court of Federal Claims

| | |
|---|---|
| EDWARD H. PAYNE, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | **FILED**<br>AUG 1 3 2018<br>U.S. COURT OF<br>FEDERAL CLAIMS<br><br>No. 17-1661T<br>Filed: August 13, 2018 |

## ORDER

On August 10, 2018, the court received a three-page document from the pro-se plaintiff in the above-captioned case, titled "Plaintiffs Motion for Full Judgment." Despite pro-se plaintiff's failure to comply with a number of rules of the court, the court **ORDERS** that the document be filed on the docket for the above-captioned case. The Clerk of Court shall send one of the enclosed copies of the pro-se plaintiff's August 10, 2018 document to counsel of record for the defendant in the above-captioned case.

**IT IS SO ORDERED.**

                                                  **MARIAN BLANK HORN**
                                                        **Judge**